UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In the Matter of

Case No. 24-22728 (SHL)

William F. Martinez and Annamaria P. Martinez    Chapter 7

DEBTOR
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER VACATING ORDER OF DISCHARGE AND
### ORDER OF FINAL DECREE

The above-named Debtors filed a petition under chapter 7 on August 22, 2024.

On October 2, 2024, an Order of Discharge of Debtor(s) and Order of Final Decree was entered. This entry was premature, because the deadline to object to the debtor(s) dischargeablity is November 26, 2024.

It is, therefore,

**ORDERED**, that the Order of Discharge and Order of Final Decree dated 10/2/2024, is hereby **vacated** and the case is restored to an open status.


DATED: October 25, 2024
       White Plains, New York

                                */s/ Sean H. Lane*
                                UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 24-22728-shl |
| William F. Martinez | Chapter 7 |
| Annamaria P. Martinez | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-7 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 28, 2024 | Form ID: pdf001 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William F. Martinez, Annamaria P. Martinez, 801 Hudson Ave., Peekskill, NY 10566-3403 |
| 8497179 | + | DEBORAH A. JENNINGS, 160 WEST RD., APT. D48, PLEASANT VALLEY, NY 12569-5716 |
| 8497180 | + | DEPARTMENT OF SOCIAL SERVICES, FINANCIAL ADMINISTRATION, 112 E. POST RD. 6TH FL, WHITE PLAINS, NY 10601-5113 |
| 8497181 | + | DONNA LEE DOHERTY, 559 WALNUT STREET, ROYERSFORD, PA 19468-2319 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 8497167 | + | Email/Text: bankruptcy@rentacenter.com | Oct 28 2024 19:05:00 | ACCEPTANCENOW, ATTN: BANKRUPTCY, 5501 HEADQUARTERS DRIVE, PLANO, TX 75024-5837 |
| 8497168 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 28 2024 19:13:15 | AFFIRM, INC., ATTN: BANKRUPTCY, 650 CALIFORNIA ST, FL 12, SAN FRANCISCO, CA 94108-2716 |
| 8497169 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 28 2024 19:13:13 | ALLY CREDIT CARD, ATTN: BANKRUPTCY, PO BOX 9222, OLD BETHPAGE, NY 11804-9222 |
| 8497170 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 28 2024 19:04:00 | ASPIRE CREDIT CARD, ATTN: BANKRUPTCY, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 8497171 | + | Email/Text: bk@avant.com | Oct 28 2024 19:05:00 | AVANT/WEBBANK, 222 NORTH LASALLE STREET, SUITE 1600, CHICAGO, IL 60601-1112 |
| 8497172 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 28 2024 19:13:15 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 8497173 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 28 2024 19:13:12 | CAPITAL ONE/WALMART, ATTN: BANKRUPTCY, P.O. BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 8497174 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2024 19:13:13 | CITIBANK/EXXON MOBILE, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 8497175 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2024 19:13:13 | CITIBANK/THE HOME DEPOT, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 8497176 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 28 2024 19:04:00 | COMENITY/BURLINGTON, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 8497177 | | Email/Text: cfcbackoffice@contfinco.com | Oct 28 2024 19:04:00 | CONTINENTAL FINANCE CO, ATTN: BANKRUPTCY, 4550 LINDEN HILL RD, STE 4, WILMINGTON, DE 19808 |
| 8497178 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

24-22728-shl   Doc 12   Filed 10/30/24   Entered 10/31/24 00:12:06   Imaged
Certificate of Notice   Pg 3 of 4

| District/off: 0208-7 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 28, 2024 | Form ID: pdf001 | Total Noticed: 40 |

| | | | |
|---|---|---|---|
| | | Oct 28 2024 19:13:15 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, 6801 CIMARRON RD, LAS VEGAS, NV 89113-2273 |
| 8497193 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Oct 28 2024 19:13:13 | MACY'S/ DSNB, ATYTN: BANKRUPTCY, 701 E. 60TH STREET NORTH, SIOUX FALLS, SD 57104 |
| 8497182 | + Email/Text: bnc-bluestem@quantum3group.com | | |
| | | Oct 28 2024 19:05:00 | FINGERHUT, ATTN: BANKRUPTCY, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 8497183 | + Email/Text: bnc-bluestem@quantum3group.com | | |
| | | Oct 28 2024 19:05:00 | FINGERHUT FETTI/WEBBANK, ATTN: BANKRUPTCY, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 8497184 | + Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | Oct 28 2024 19:13:12 | FIRST PREMIER BANK, 3820 N LOUISE AVE, SIOUX FALLS, SD 57107-0145 |
| 8497185 | + Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | Oct 28 2024 19:04:00 | FORTIVA, ATTN: BANKRUPTCY, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 8497186 | + Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | Oct 28 2024 19:13:17 | FST PREMIE, 3820 N LOUISE AVE, SIOUX FALLS, SD 57107-0145 |
| 8497187 | + Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | Oct 28 2024 19:05:00 | GENESIS FS CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 4477, BEAVERTON, OR 97076-4401 |
| 8497188 | + Email/Text: bankruptcy@hvfcu.org | | |
| | | Oct 28 2024 19:05:00 | HUDSON VALLEY CREDIT UNION, ATTN: BANKRUPTCY, PO BOX 1071, POUGHKEEPSIE, NY 12602-1071 |
| 8497189 | + Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Oct 28 2024 19:04:00 | JEFFERSON CAPITAL SYSTEMS, LLC, ATTN: BANKRUPTCY, 200 14TH AVE E, SARTELL, MN 56377-4500 |
| 8497190 | + Email/Text: EBNBKNOT@ford.com | | |
| | | Oct 28 2024 19:05:00 | KIA MOTORS FINANCE, ATTN: BANKRUPTCY, PO BOX 20825, FOUNTAIN VALLEY, CA 92728-0825 |
| 8497191 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Oct 28 2024 19:04:00 | KOHL'S, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 8497192 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Oct 28 2024 19:13:18 | LVNV FUNDING/RESURGENT CAPITAL, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 8497194 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Oct 28 2024 19:13:15 | MERRICK BANK CORP, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 8497195 | Email/Text: ml-ebn@missionlane.com | | |
| | | Oct 28 2024 19:04:00 | MISSION LANE LLC, ATTN: BANKRUPTCY, P.O. BOX 105286, ATLANTA, GA 30348 |
| 8497196 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | | |
| | | Oct 28 2024 19:13:12 | NAVIENT, ATTN: CLAIMS/BANKRUPTCY, PO BOX 9635, WILKES-BARRE, PA 18773-9635 |
| 8497197 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Oct 28 2024 19:04:00 | SANTANDER CONSUMER USA, ATTN: BANKRUPTCY, PO BOX 961211, FORT WORTH, TX 76161-0211 |
| 8497198 | + Email/Text: bankruptcy@sccompanies.com | | |
| | | Oct 28 2024 19:05:00 | SEVENTH AVE/SWISS COLONY INC., ATTN: BANKRUPTCY, 1112 7TH AVE, MONROE, WI 53566-1364 |
| 8497199 | Email/Text: bankruptcy@springoakscapital.com | | |
| | | Oct 28 2024 19:04:00 | SPRING OAKS CAPITAL, LLC, ATTN: BANKRUPTCY, P.O. BOX 1216, CHESAPEAKE, VA 23327 |
| 8497200 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Oct 28 2024 19:13:12 | SYNCHRONY BANK/ OLD NAVY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 8497201 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Oct 28 2024 19:13:12 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |

24-22728-shl    Doc 12    Filed 10/30/24    Entered 10/31/24 00:12:06    Imaged
Certificate of Notice    Pg 4 of 4

| District/off: 0208-7 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 28, 2024 | Form ID: pdf001 | Total Noticed: 40 |

| 8497202 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2024 19:13:17 | SYNCHRONY BANK/QVC, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 8497203 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2024 19:13:17 | SYNCHRONY/HSN, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 8497204 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 28 2024 19:04:00 | VERIZON WIRELESS, ATTN: BANKRUPTCY, 500 TECHNOLOGY DR, STE 599, WELDON SPRINGS, MO 63304-2225 |
| 8497205 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 28 2024 19:13:15 | WELLS FARGO DEALER SERVICES, ATTN: BANKRUPTCY, 1100 CORPORATE CENTER DRIVE, RALEIGH, NC 27607-5066 |

TOTAL: 36

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2024           Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Howard P. Magaliff | trustee@r3mlaw.com  hcolon@r3mlaw.com;ecf.alert+Magaliff@titlexi.com |
| Julius A. Rivera, Jr. | on behalf of Debtor William F. Martinez riveralaw@yahoo.com |
| Julius A. Rivera, Jr. | on behalf of Joint Debtor Annamaria P. Martinez riveralaw@yahoo.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 4